IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Youngjian Wu, | NO. C 07-00658 JW |
|       Plaintiff,<br>   v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Michael Chertoff, et al., | |
|       Defendants. | |

Due to the parties' failure to file a joint case management statement, the case management conference currently scheduled for May 21, 2007, is continued to **June 25, 2007, at 10:00 AM.** Pursuant to the Civil Local Rules, the parties shall file a joint case management statement ten (10) days prior to the conference.

Dated: May 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ila Casy Deiss ila.deiss@usdoj.gov

Yongjian Wu
1126 Lexington Drive
Sunnyvale, Ca 94087

| | |
|---|---|
| **Dated: May 17, 2007** | **Richard W. Wieking, Clerk** |
| | **By:  /s/JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |