1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION

12  YONGJIAN WU,                          )
                                          )  No. C 07-0658 JW
13              Plaintiff,                 )
                                          )
14       v.                               )
                                          )  **STIPULATION TO REMAND THE CASE**
15  MICHAEL CHERTOFF, Secretary of the    )  **WITH INSTRUCTIONS; [PROPOSED]**
    Department of Homeland Security;      )  **ORDER**
16  EMILIO T. GONZALEZ, Director of       )
    U.S. Citizenship and Immigration Services;  )
17  FRANCIS D. SICILIANO, Officer-in-Charge,  )
    San Jose Sub Office, U.S. Citizenship and  )
18  Immigration Services;                 )
    ROBERT S. MULLER, Director of         )
19  Federal Bureau of Investigation,      )
                                          )
20              Defendants.               )
    _____)
21

22       The basis for this Court's jurisdiction is 8 U.S.C. § 1447(b), which provides that if the United

23  States Citizenship and Immigration Services (USCIS) has failed to make a determination on an

24  individual's application for naturalization within 120 days after the date on which the applicant is

25  examined, the applicant may apply to the United States District Court for a hearing on the matter.

26  The District Court "may either determine the matter or remand the matter, with appropriate

27  instructions, to the Service to determine the matter."  8 U.S.C. § 1447(b); *United States v.*

28  *Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004).

Stipulation to Remand
C07-0658 JW                                1

1    Plaintiff, *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate,

2  subject to the approval of the Court, to remanding this matter to the United States Citizenship and

3  Immigration Services who is now prepared to adjudicate Plaintiff's application for naturalization

4  and agrees to do so within 30 days of this Order.

5    Each of the parties shall bear their own costs and fees.

6

7

8  Dated: June 18, 2007                    Respectfully submitted,

9                                          SCOTT N. SCHOOLS
                                           United States Attorney
10

11                                              /s/
                                           ILA C. DEISS
12                                         Assistant United States Attorney
                                           Attorneys for Defendants
13

14
   Dated: June 18, 2007                          /s/
15                                         YONGJIAN WU
                                           *Pro Se*
16

17                          **ORDER**

18    Pursuant to stipulation, IT IS SO ORDERED.

19
   The Court VACATES the case management conference presently scheduled for June 25, 2007.
20
   The Court sets a status conference date for **August 6, 2007 at 10 a.m.**  Once Plaintiff's application
21
   is adjudicated, and the parties file a Stipulated Dismissal by August 1, 2007, the status conference will
22
   be vacated.
23
   Dated:  June 21, 2007
24
                                           JAMES WARE
25                                         United States District Judge

26

27

28

Stipulation to Remand
C07-0658 JW                        2