**IT IS SO ORDERED**
*James Ware*
Judge James Ware

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  YONGJIAN WU,                      )
                                      ) No. C 07-0658 JW
13          Plaintiff,                )
                                      )
14       v.                           )
                                      ) **STIPULATION TO DISMISS; and**
15  MICHAEL CHERTOFF, Secretary of the) **[PROPOSED] ORDER**
    Department of Homeland Security;  )
16  EMILIO T. GONZALEZ, Director of   )
    U.S. Citizenship and Immigration Services; )
17  FRANCIS D. SICILIANO, Officer-in-Charge, )
    San Jose Sub Office, U.S. Citizenship and )
18  Immigration Services;             )
    ROBERT S. MULLER, Director of     )
19  Federal Bureau of Investigation,  )
                                      )
20          Defendants.               )
    _____)
21

22       On June 22, 2007, the Court granted the parties' stipulation to remand the case to United States

23  Citizenship and Immigration Services, directing the parties to file a stipulated dismissal by August

24  1, 2007 once Plaintiff's application for naturalization has been adjudicated.

25       Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

26  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of

27  the fact that the United States Citizenship and Immigration Services has granted Plaintiff's

28  application for naturalization. The parties further ask that the Court vacate the August 6, 2007

Stipulation to Dismiss
C07-0658 JW                                1

1  status conference.

2      Each of the parties shall bear their own costs and fees.

3

4

5  Dated: July 17, 2007             Respectfully submitted,

6                                 SCOTT N. SCHOOLS
                               United States Attorney

7

8

9                                 /s/
                               ILA C. DEISS
                               Assistant United States Attorney

10                                Attorney for Defendants

11

12 Dated: July 17, 2007             /s/
                               YONGJIAN WU

13                                *Pro se*

14

15

16                                **ORDER**

17     Pursuant to stipulation, IT IS SO ORDERED. The Clerk shall close this file.

18

19 Date:   July 23, 2007

20                                JAMES WARE
                               United States District Judge

21

22

23

24

25

26

27

28